Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

Case No.: 16−40481−BDL
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peggy Kenney
aka MMK Trust, aka Mary Margaret
Kenney
PO Box 791
Yelm, WA 98597

Social Security / Individual Taxpayer ID No.:
xxx−xx−9673

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **April 21, 2016 for Peggy Kenney, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: April 21, 2016

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court